```
                              FILED
                              June 5, 2008
                              CLERK, US DISTRICT COURT
                              EASTERN DISTRICT OF
                              CALIFORNIA
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Charlene Mitchell, ) <br> ) <br> Defendant. ) | Case No. 2:08-cr-186 MCE <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Charlene Mitchell   Case 2:08-cr-186 MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     _  Release on Personal Recognizance

     _  Bail Posted in the Sum of _____

     X  Unsecured bond in the amount of $10,000 to be co-signed by Toby Mitchell

     _  Appearance Bond with 10% Deposit

     _  Appearance Bond secured by Real Property

     _  Corporate Surety Bail Bond

     X  (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on 6/5/08  at  2:24 p.m.

By  _____
       Kimberly J. Mueller,
       United States Magistrate Judge