1  William E. Bonham, SB# 55478
   Attorney at law
2  Hotel de' France Bldg., Old Sacramento
   916 Second Street, 2nd FL., Ste. A
3  Sacramento, California  95814
   Telephone:  (916) 557-1113
4

5

6              **IN THE UNITED STATES DISTRICT COURT FOR THE**

7                    **EASTERN DISTRICT OF CALIFORNIA**

8
   UNITED STATES OF AMERICA,    )   CR. No. **2:08-cr-00186-MCE**
9                               )
                Plaintiff,      )   STIPULATION AND ORDER
10         v.                   )
                                )
11                              )
   CHARLENE LEEANN MITCHELL,    )
12                              )
                Defendant.      )
13 _____)

14
        The defendant, CHARLENE LEEANN MITCHELL, through her
15
   undersigned counsel, and the United States, through its
16
   undersigned counsel, agree and stipulate that the SPECIAL
17
   CONDITIONS OF RELEASE for defendant be amended to include the
18
   additional condition of release as follows:
19
        12.  You shall remain at the Effort, Inc., inpatient
20           facility at 1550 Juliesse Avenue, Sacramento,
             California, and participate in their program of
21           substance treatment until release by the Pretrial
             Services Officer;
22      a.   Defense council or an investigator shall escort
             you to all required court hearings and escort you
23           back to The Effort upon completion of the hearing

24
        I, William E. Bonham, the filing party, have received
25
   authorization from AUSA Lawrence G. Brown to sign and submit this
26
   stipulation and proposed order on his behalf and that defense
27
   counsel has authorization and agreement of his client to abide by
28
   the additional condition stated above.

Accordingly, the defendant and the United States agree and stipulate to the AMENDED SPECIAL CONDITIONS OF RELEASE, ATTACHED.

Dated: July 10, 2008

                      McGREGOR W. SCOTT
                      United States Attorney

                       /s/ William E. Bonham
                   By:_____
                      LAWRENCE G. BROWN
                      Assistant U.S. Attorney

Dated: July 10, 2008

                      CHARLENE LEEANN MITCHELL
                        Defendant


                  By:/s/William E. Bonham
                      WILLIAM E. BONHAM
                        Counsel for Defendant


**ORDER**

**IT IS SO ORDERED**, that the defendant's Special Conditions of Release be amended to include to additional Twelfth condition set forth in the attached AMENDED SPECIAL CONDITIONS OF RELEASE.

Dated:  July 11, 2008

                      _____
                      EDMUND F. BRENNAN
                      UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT:**

**Amended SPECIAL CONDITIONS OF RELEASE**

        **RE:   Mitchell, Charlene Leeann**
        **Doc. No. 2:08CR-0186-MCE**
        **June 27, 2008**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

4. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

5. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

6. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other

controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

7. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer;

10. You shall not associate or have any contact with the co-defendants in this case, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

11. You shall work toward obtaining your GED.

12. You shall remain at the Effort, Inc., inpatient facility at 1550 Juliesse Avenue, Sacramento, California, and participate in their program of substance treatment until released by the Pretrial Services Officer;
    a. Defense council or an investigator shall escort you to all required court hearings and escort you back to The Effort upon completion of the hearing;