William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Steet, 2nd Flr., Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsmile:  (916) 557-1118
Email:     williambonhamatty@sbcglobal.net

Attorney for Charlene LeeAnn MITCHELL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No.2:08-CR-0186 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER |
| v. ) | |
| ) | |
| ) | |
| Charlene LeeAnn Mitchell ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The defendant, Charlene LeeAnn Mitchell, through her undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the status conference hearing currently scheduled for Thursday, August 14, 2008, at 9:00 a.m., should be vacated and continued until Thursday, August 28, 2008, at 9:00 a.m..

Further continuance is necessary for plea negotiations and investigation and evaluation of case.

Therefore, additional time is needed for further evaluation of the case for settlement and meeting with client.

    Therefore, the parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for investigation and plea negotiations, up to and including August 28, 2008.

    I, William E. Bonham, the filing party, have received authorization from AUSA Lawrence G. Brown to sign and submit this stipulation and proposed order on their behalf and that defense counsel has authorization from his respective client.

    Accordingly, the defendant and the United States agree and stipulate that the status conference should be continued until 9:00 a.m. on Thursday, August 28, 2008.

Dated: August 12, 2008

                                       McGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ William E. Bonham for
                              By:_____
                                  LAWRENCE G. BROWN
                                  Assistant U.S. Attorney

Dated: August 12, 2008
                                   CHARLENE LEEANN MITCHELL
                                      Defendant


                                   By:/s/William E. Bonham for
                                    WILLIAM E. BONHAM
                                       Counsel for Defendant

**ORDER**

IT IS SO ORDERED.  This matter is continued until 9:00 a.m. on Thursday, August 28, 2008 for further status.

I find that the continuance is necessary to allow defense counsel sufficient time to evaluate case and for further plea negotiations. I further find that the needs of counsel to evaluate the evidence and advise their clients exceed the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time.  Accordingly, time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for counsel to have sufficient time for plea negotiations and meeting with client and time for further ongoing negotiations and evaluation of case, up to and including August 28, 2008.

Dated: August 13, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE