William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for Charlene LeeAnn **MTICHELL**

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 2:08-CR-00186 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | |
| CHARLENE MITCHELL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   The defendant, Charlene LeeAnn Mitchell, through her undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the judgment and sentencing currently scheduled for Thursday, January 29, 2009 at 9:00 a.m., should be vacated and continued until Thursday, February 12, 2009 at 9:00 a.m.

   A continuance is necessary as acting United States Attorney Lawrence G. Brown will be at the District Court in Fresno, CA on January 29, 2009.

1

Therefore, the parties also stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare for sentencing and ongoing sentencing negotiation. [Local Code T4 & T2]

I, William E. Bonham, the filing party, have received authorization from acting United Stats Attorney Lawrence G. Brown to sign and submit this stipulation and proposed order on their behalf and that defense counsel has authorization from his respective client.

Accordingly, the defense and the United States agree and stipulate that judgment and sentencing for defendant Charlene Mitchell, should be continued until 9:00 a.m. on Thursday, February 12, 2009.


Dated: January 27, 2009

                                            McGREGOR W. SCOTT
                                            United States Attorney


                                            By:/s/ William E. Bonham for
                                                  LAWRENCE G. BROWN
                                                  Acting U.S. Attorney


Dated: January 27, 2009

                                            CHARLENE LEEANN MITCHELL
                                                  Defendant

                                            By:/s/ William E. Bonham for
                                                  WILLIAM E. BONHAM
                                                  Counsel for Defendant

## **ORDER**

IT IS SO ORDERED.  Judgment and sentencing for defendant Charlene Mitchell currently set for Thursday, January 29, 2009 at 9:00 a.m. is vacated and continued until Thursday, February 12, 2009 at 9:00 a.m..

I find that the continuance is necessary and that time should be excluded under the Speedy Trial Act due to needs of counsel for additional time in ongoing sentencing preparation and negotiations [Local Code T4 & T2].  Accordingly, time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [Local Code T4 & T2], up to and including February 12, 2009.

Dated: February 3, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE